consuming tangible personal property purchased at retail outside the state *and domiciled in the state.*" *Id.* at 579 (emphasis added). Given the plain meaning of those words, we agree with the district court that the tax is not applicable to the vehicles at issue in this case. The arguments of the Department of Revenue to the contrary are adequately answered in the district court's thorough and well-reasoned memorandum opinion and order. *Culverhouse, Inc. v. Ala. Dep't of Revenue (In re Culverhouse, Inc.),* 358 B.R. 806 (M.D.Ala. 2006).

**AFFIRMED.**

Before ANDERSON and MARCUS, Circuit Judges, and ALTONAGA,[*] District Judge.

PER CURIAM:

After oral argument and careful consideration and for the reasons fully discussed at oral argument, we conclude that the judgment of the district court is due to be affirmed.

AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David W. GOLDSTON, Defendant–**
**Appellant.**

No. 06–10110.

United States Court of Appeals,
Eleventh Circuit.

Jan. 18, 2007.

Alan S. Richey, Law Office of Alan S. Richey, Port Hadlock, WA, for Plaintiff–Appellee.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Defendant–Appellant.

**Marco Antonio ROJAS–IRIARTE,**
**Marcela Gomez Blanco,**
**Petitioners,**

v.

**U.S. ATTORNEY GENERAL,**
**Respondent.**

No. 06–13967
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 19, 2007.

---

[*] Honorable Cecilia M. Altonaga, United States District Judge for the Southern District of Florida, sitting by designation.